FILED
OCT 2 0 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 10-40048- JPG |
| | ) | |
| v. | ) | |
| | ) | Title 18, |
| ROBERT E. GULLEDGE, JR. | ) | United States Code, |
| FRANCIS T. DEUTSCH | ) | Section 1343 |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE: WIRE FRAUD

1. Beginning in June 4, 2008 and continuing through July 16, 2008, in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere,

**FRANCIS T. DEUTSCH,**

defendant herein, did knowingly and with the intent to defraud devise a scheme to obtain money by means of false pretenses, representations, and promises. **FRANCIS T. DEUTSCH** falsely represented to "C." company that airline fuel had been sold to customers.

2. "C" company provided fuel to Aeroflight on credit. As Aeroflight sold the fuel, "C" would credit Aeroflight's fuel account.

3. In furtherance of this scheme, **FRANCIS T. DEUTSCH** prepared sales receipts which purported to represent that a certain number of gallons of fuel were sold. In actuality, no fuel was sold.

4. **FRANCIS T. DEUTSCH** then used a credit card belonging to Aeroflight to pay for airline fuel that was never sold. In so doing **FRANCIS T. DEUTSCH** for the purpose of carrying

out the scheme caused the foreseeable use of an interstate wire communication when on July 2, 2008, **FRANCIS T. DEUTSCH** used Aeroflight's credit card to record a fraudulent fuel transaction using interstate wire communications from Aeroflight's credit card processor in Williamson County, Illinois to the bank holding the credit card in Johnson County, Kansas. The transaction purported to sell 1,800 gallons of fuel for $12,142.84 when in fact the fuel was never sold.

All in violation of Title 18, United States Code, Section 1343.

## COUNT TWO: WIRE FRAUD

1. Beginning in April 9, 2009 and continuing through August 27, 2009, in Williamson County, Illinois, within the Southern District of Illinois, and elsewhere,

**ROBERT E. GULLEDGE, JR.,**

aided and abetted by **FRANCIS T. DEUTSCH,**

defendants herein, did knowingly and with the intent to defraud devise a scheme to obtain money by means of false pretenses, representations, and promises. **ROBERT E. GULLEDGE, JR.** falsely represented to "C." company that airline fuel had been sold to customers.

2. "C" company provided fuel to Aeroflight on credit. As Aeroflight sold the fuel, "C" would credit Aeroflight's fuel account.

3. **FRANCIS T. DEUTSCH** instructed **ROBERT E. GULLEDGE, JR.** how to use the company credit card to show false sales. In furtherance of this scheme, **ROBERT E. GULLEDGE, JR.** prepared sales receipts which purported to represent that a certain number of gallons of fuel were sold. In actuality, no fuel was sold.

4. **ROBERT E. GULLEDGE, JR.** then used a credit card belonging to Aeroflight to pay for airline fuel that was never sold. In so doing **ROBERT E. GULLEDGE, JR.** for the purpose

of carrying out the scheme caused the foreseeable use of an interstate wire communication when on August 1, 2009, **ROBERT E. GULLEDGE, JR.** used Aeroflight's credit card to record a fuel transaction using interstate wire communications from Aeroflight's credit card processor in Williamson County, Illinois to the bank holding the credit card in Johnson County, Kansas. The transaction purported to sell 15,000 gallons of fuel for $48,986.76 when in fact the fuel was never sold.

All in violation of Title 18, United States Code, Section 1343.

### Forfeiture of Property

As a result of the violations described in Counts 1 and 2 of the Indictment,

**ROBERT E. GULLEDGE, JR.**
**FRANCIS T. DEUTSCH,**

defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violations. Said property includes, but is not limited to, $1,100,000 in United States funds.

A TRUE BILL

FOREPERSON

JENNIFER HUDSON
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DEUTSCH 25,000 Secured, GULLEDGE 10,000 (unsecured)