UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FRANCIS T. DEUTSCH,<br><br>   Defendant. | Case No. 10-cr-40048-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Francis T. Deutsch's motion for modification of his restitution order pursuant to 18 U.S.C. § 3664(j)(2) (Doc. 117). He has also filed a motion for emergency consideration of that motion in light of the fact that his probation officer is using his unpaid restitution to justify denying Deutsch permission to travel outside the district (Doc. 120).

On June 10, 2015, the Court rejected Deutsch's reduction request to the extent it relied on alleged errors in calculating the reduction amount at sentencing but ordered the Government to respond whether there was a basis for a post-judgment reduction pursuant to 18 U.S.C. § 3664(j)(2) because the victims had later recovered their losses as compensatory damages in a civil suit.[1] The Government has responded that nothing in the Court file or the Government's records or from the victims suggests any of the victims in this case have recovered any losses as compensatory damages in a civil suit after restitution was ordered (Doc. 124). Deutsch's reply

---

[1] 18 U.S.C. § 3664(j)(2) states in full:

> Any amount paid to a victim under an order of restitution shall be reduced by any amount later recovered as compensatory damages for the same loss by the victim in—
>
> (A) any Federal civil proceeding; and
>
> (B) any State civil proceeding, to the extent provided by the law of the State.

continues to point to alleged errors in the restitution amount based on events that predate his sentencing and do not therefore apply to reduce a restitution amount under 18 U.S.C. § 3664(j)(2) (Doc. 125).

Because there is no evidence the victims of Deutsch's fraud have later recovered as compensatory damages for the same loss in a civil suit, Deutsch is not entitled to a reduction of the restitution amount.   Accordingly, the Court **DENIES** his motions for modification of his restitution order pursuant to 18 U.S.C. § 3664(j)(2) (Docs. 117 & 120).

**IT IS SO ORDERED.**
**DATED:   July 21, 2015**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**