UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 10-cr-40048-JPG |
| FRANCIS T. DEUTSCH, | |
| Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Government's motion for additional time to ensure that the correct party has been identified for the purposes of restitution payments (Doc. 126). Defendant Francis T. Deutsch has responded to the motion (Doc. 127).

The Court is puzzled by the Government's motion. The Government has satisfied all the deadlines set by the Court and does not know for what purpose the Government seeks an extension of time. Should the Government – or the defendant – seek a modification of the restitution order, it should file a motion setting forth that request along with citation to statutory authority permitting such a modification. The Court is unaware of any deadline for such a motion. Additionally, the Court trusts that should the Government become aware of any circumstances justifying a reduction in the restitution award pursuant to 18 U.S.C. § 3664(j)(2) because a victim has recovered for its loss in a civil case, it will provide the defendant with such information so the defendant can move for a reduction. The motion for additional time (Doc. 126) is **DENIED**.

IT IS SO ORDERED.
DATED: July 22, 2015

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**