UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 10-cr-40048-JPG |
| FRANCIS T. DEUTSCH, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Francis T. Deutsch's motion for reconsideration (Doc. 130) of the Court's July 21, 2015, order (Doc. 128) denying his motions to reduce his restitution amount (Docs. 117 & 120). In his motion, Deutsch persists in asserting the Court made errors in its original calculation of the restitution amount, but, as the Court has pointed out to Deutsch before, such errors can only be addressed by a motion under Federal Rule of Criminal Procedure 35(a) to correct a clear error within 14 days of entry of judgment or on direct appeal. *See United States v. Bania*, 787 F.3d 1168, 1171-72 (7th Cir. 2015) (citing *United States v. Wisch*, 275 F.3d 620, 626 (7th Cir. 2001)); *United States v. Hook*, 471 F.3d 766, 771 n.1 (7th Cir. 2006). Deutsch's repeated citation to *United States v. Dawson*, 250 F.3d 1048 (7th Cir. 2001), is unavailing. *Dawson* involved a direct appeal from a criminal case, not a motion filed after the criminal judgment has become final. Deutsch has presented no compelling reason for the Court to reconsider its prior ruling and, accordingly, the Court **DENIES** Deutsch's motion for reconsideration (Doc. 130).

**IT IS SO ORDERED.**
**DATED: July 31, 2015**

           s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**